# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ELIDA MARIA GARCIA PINEDA,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,                   CIVIL DIVISION

    Defendant.                                                 CASE NO.:
_____/

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

The Plaintiff, **ELIDA MARIA GARCIA PINEDA,** by and through the undersigned counsel, hereby sues the Defendant, **WAL-MART STORES EAST, LP,** and alleges:

1. This is an action for damages, which exceed seventy five thousand dollars ($75,000.00) exclusive of interest and costs.

2. At the time of the subject incident, the Plaintiff, **ELIDA MARIA GARCIA PINEDA,** was and is citizen, resident, and domiciled in Miami-Dade County, Florida and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **WAL-MART STORES EAST, LP,** was and is company doing substantial business in Miami, Miami-Dade County, Florida.

4. Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida, and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.

5. That on or about July 13, 2019, the Plaintiff, **ELIDA MARIA GARCIA PINEDA**, was a business invitee of the Defendant, **WAL-MART STORES EAST, LP**.

## COUNT I - NEGLIGENCE CLAIM AGAINST WAL-MART STORES EAST, LP

6. Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

7. That at all times material hereto, and specifically on July 13, 2019, Defendant, **WAL-MART STORES EAST, LP**, owned, managed, controlled, operated, and/or maintained the premises located at 5851 N.W. 177th Street, Hialeah, FL 33015, in Miami-Dade County.

8. That on or about July 13, 2019, the Plaintiff, **ELIDA MARIA GARCIA PINEDA,** was lawfully in Defendant, **WAL-MART STORES EAST, LP's** premises, when she slipped, fell, and injured herself.

9. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing an unknown, slippery substance to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

   b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's accident; and/or

   c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's accident; and/or

      d.    By failing to remove said unknown, slippery substance from the floor of the premises; and/or

      e.    By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

      f.    Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing an unknown, slippery substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

11.    That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it.

12.    As a direct and proximate result of the aforementioned negligence of the Defendant, **WAL-MART STORES EAST, LP**, the Plaintiff, **ELIDA MARIA GARCIA PINEDA**, slipped on an unknown, slippery substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, grief, anguish, inability to lead a normal life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition and further incurred hospital bills, medical bills, and other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **ELIDA MARIA GARCIA PINEDA,** will suffer the losses in the future.

WHEREFORE, the Plaintiff, **ELIDA MARIA GARCIA PINEDA**, hereby demands judgment for damages, costs and interest from the Defendant, **WAL-MART STORES EAST, LP,** together with whatever other relief the Court deems just and appropriate.

- 4 -

**DEMAND FOR JURY TRIAL**

The Plaintiff, **ELIDA MARIA GARCIA PINEDA,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated:  December 10, 2020

                **RUBENSTEIN LAW, P.A.**
                Attorneys for Plaintiff
                9130 South Dadeland Boulevard, PH
                Miami, FL 33156
                Tel: (305) 661-6000
                Fax: (786) 230-2936
                Email:  gregory@rubensteinlaw.com
                           lcueto@rubensteinlaw.com
                           eservice@rubensteinlaw.com

By:    */s/ Gregory Deutch*
           **Gregory Deutch**
           Florida Bar No.: 30835