## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20976-CV-LENARD

**ELIDA MARIA GARCIA PINEDA,**

    Plaintiff,

**v.**

**WAL-MART STORES EAST, LP,**

    Defendant.
_____/

### ORDER REMANDING CASE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation to Remand, filed March 24, 2021. (D.E. 11.) Therein, the Parties state that they agree to the remand of this matter to state court. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is **REMANDED** to the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The Clerk is directed to take all necessary steps and procedures to effect remand of the above-captioned action;

2. All pending motions are **DENIED AS MOOT**; and

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of March, 2021.

                                          **JOAN A. LENARD**
                                          **UNITED STATES DISTRICT JUDGE**